IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD VAN HOLT, | ) |
| Plaintiff, | ) |
| v. | ) 2:05cv1718<br>) Electronic Filing |
| RAMONE RUSTIN; DANA PHILLIPS; and<br>ARAMARK, | ) Judge David S. Cercone<br>) Magistrate Judge Lenihan |
| Defendants. | ) |

## ORDER

On December 14, 2005, this case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Document No. 6) filed on July 24, 2006, recommended that the Complaint in this case be dismissed due to Plaintiff's failure to prosecute this action. Service was made on the Plaintiff at the Allegheny County Jail, 950 Second Avenue, Pittsburgh, PA 15219, which is the address of record on the docket. Plaintiff was advised he had (10) days from the date of service to file objections. No objections to the report and recommendation were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 12 day of October, 2006;

**IT IS HEREBY ORDERED** that the Complaint in this case is **DISMISSED** for failure to prosecute this action. The Clerk shall mark this CASE CLOSED.

The Report and Recommendation (Document No. 6) of Magistrate Judge Lenihan, dated July 24, 2006, is adopted as the opinion of the court.

								_____
								David Stewart Cercone
								United States District Judge

cc:   Honorable Lisa Pupo Lenihan
     United States Magistrate Judge

     Richard Van Holt
     Inmate #31278
     Allegheny County Jail
     950 Second Avenue
     Pittsburgh, PA 15219